IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO SALDANA,

    Plaintiff,                    No. 2:12-cv-1789 GGH P

   vs.

E.G. PRIETO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff appears to be a pre-trial detainee proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff's original complaint was dismissed with leave to amend on August 6, 2012. However, plaintiff filed an amended complaint prior to the court's screening order being docketed that the court was unable to review. The amended complaint is substantially similar to the original complaint the court screened and suffers from the same deficiencies.[1] Therefore, plaintiff's amended complaint is dismissed for the same reasons set forth in the court's screening order (Doc. 6). Plaintiff shall file a second amended complaint within 28 days of service of this order. Failure to file a second amended complaint will result in this action being dismissed.

\\\\\

---

[1] Plaintiff amended the relief he sought.

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall file
2 a second amended complaint within 28 days of service of this order.  Failure to file a second
3 amended complaint will result in this action being dismissed.
4 DATED: August 7, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
sald1789.ord